**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Marco Enriquez

                      Plaintiff,

v.                                                          Case No.: 1:19–cv–05323
                                                              Honorable John Z. Lee

Triple D Express, Inc., et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 26, 2022:

      MINUTE entry before the Honorable John Z. Lee: Settlement conference held on 4/26/22. The parties have agreed to the terms of the settlement as set forth on the record, which will be maintained under seal. As part of the settlement agreement, the parties have agreed to a confidentiality agreement as to the terms of the settlement, and all parties are ordered to be so bound. The jury trial set for 5/2/22 is stricken. The case is dismissed without prejudice. The dismissal shall become with prejudice in 45 days with each side to bear their own costs and fees, except as set forth in the settlement agreement. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.